No. 681. CLEGG, ANCILLARY EXECUTOR, *v.* BOWERS, EXECUTOR; and
No. 682. CLEGG *v.* SAME. February 5, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application.

Messrs. *John W. Davis* and *William Osgood Morgan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.